**CITY OF PLATTE CITY, Respondent,**

v.

**Roland B. MILLER, Jr., Appellant.**

### No. WD 46866.

Missouri Court of Appeals,
Western District.

June 22, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.

Lyle Louis Odo, Platte City, for appellant.

Lisa Harris, City Prosecutor, Platte City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

v.

**Roland B. MILLER, Jr., Appellant.**

### No. WD 46867.

Missouri Court of Appeals,
Western District.

June 22, 1993.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

**CITY OF PLATTE CITY, Respondent,**

v.

**Roland B. MILLER, Jr., Appellant.**

### No. WD 46868.

Missouri Court of Appeals,
Western District.

June 22, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.

Lyle Louis Odo, Platte City, for appellant.

Lisa Harris, City Prosecutor, Platte City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Roland B. Miller, Jr. appeals from a judgment entered against him after a jury found him guilty of violating Platte City Code § 205.080. Defendant Miller was fined $500.00 and sentenced to fifteen days in the Platte County Jail.

Judgment is affirmed.